

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   13-20914-CR-ALTONAGA(s)
18 U.S.C. § 1591(a)(1) and (b)(1)
18 U.S.C. § 1596
8 U.S.C. § 1328
18 U.S.C. § 2421
18 U.S.C. § 1542
18 U.S.C. § 1028A(a)(1)
8 U.S.C. § 1326(a) and (b)(2)
18 U.S.C. § 1956(a)(1)(A)(i)
18 U.S.C. § 1594(d)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

DAMION ST. PATRICK BASTON,
    a/k/a "R.A.B.,"
    a/k/a "Drac,"
    a/k/a "D,"
    a/k/a "Daddy,"

                **Defendant.**
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

**Count 1**
**Sex Trafficking by Force, Fraud, and Coercion**
**(18 U.S.C. §§ 1591(a)(1), (b)(1) and 1596)**

From in or around July 2011, through on or about May 15, 2012, in Miami-Dade County, in the Southern District of Florida, Australia, the United Arab Emirates, and elsewhere, the defendant,

DAMION ST. PATRICK BASTON,
    a/k/a "R.A.B.,"
    a/k/a "Drac,"
    a/k/a "D,"
    a/k/a "Daddy,"

a person who is present in the United States, did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, K.L., knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion would be used to cause such person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1), and 1596(a)(2).

### Count 2
### Sex Trafficking by Force, Fraud, and Coercion
### (18 U.S.C. § 1591(a)(1) and (b)(1))

From in or around April of 2012, through in or around August of 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DAMION ST. PATRICK BASTON,**
a/k/a "R.A.B.,"
a/k/a "Drac,"
a/k/a "D,"
a/k/a "Daddy,"

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain, by any means a person, that is, T.M., knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion would be used to cause such person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

### Count 3
### Sex Trafficking by Force, Fraud, and Coercion
### (18 U.S.C. §§ 1591(a)(1) and (b)(1))

From on or about August 2, 2013, through on or about December 17, 2013, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DAMION ST. PATRICK BASTON,**
a/k/a "R.A.B.,"
a/k/a "Drac,"
a/k/a "D,"
a/k/a "Daddy,"

2

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, J.R., knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion would be used to cause such person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1).

### Count 4
**Importation of Alien for Prostitution**
**(8 U.S.C. § 1328)**

On or about February 22, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DAMION ST. PATRICK BASTON,**
a/k/a "R.A.B.,"
a/k/a "Drac,"
a/k/a "D,"
a/k/a "Daddy,"

did directly and indirectly import into the United States an alien, that is, "K.L.," for the purpose of prostitution, and for any other immoral purpose, and did hold that alien for any such purpose in pursuance of such illegal importation, and did keep, maintain, control, support, employ, and harbor in any house and other place, for the purpose of prostitution, and for any other immoral purpose, such alien, in pursuance of such illegal importation, in violation of Title 8, United States Code, Section 1328.

### Count 5
**Transportation of Individual for Prostitution**
**(18 U.S.C. § 2421)**

On or about February 22, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

3

**DAMION ST. PATRICK BASTON,**
a/k/a "R.A.B.,"
a/k/a "Drac,"
a/k/a "D,"
a/k/a "Daddy,"

did knowingly transport an individual, that is, K.L., in interstate and foreign commerce, from Dubai, the United Arab Emirates, to Miami, Florida, via Paris, France, with intent that such individual engage in prostitution and in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2421.

**Count 6**
**Transportation of Individual for Prostitution**
**(18 U.S.C. § 2421)**

On or about April 16, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DAMION ST. PATRICK BASTON,**
a/k/a "R.A.B.,"
a/k/a "Drac,"
a/k/a "D,"
a/k/a "Daddy,"

did knowingly transport an individual, that is, K.L., in interstate commerce, from Miami, Florida to Dallas, Texas, with intent that such individual engage in prostitution and in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, 2421.

**Count 7**
**Transportation of Individual for Prostitution**
**(18 U.S.C. § 2421)**

On or about April 16, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

4

**DAMION ST. PATRICK BASTON,**
a/k/a "R.A.B.,"
a/k/a "Drac,"
a/k/a "D,"
a/k/a "Daddy,"

did knowingly transport an individual, that is, T.M., in interstate commerce, from Miami, Florida to Dallas, Texas, with intent that such individual engage in prostitution and in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2421.

### Count 8
**Transportation of Individual for Prostitution**
**(18 U.S.C. § 2421)**

On or about April 29, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DAMION ST. PATRICK BASTON,**
a/k/a "R.A.B.,"
a/k/a "Drac,"
a/k/a "D,"
a/k/a "Daddy,"

did knowingly transport an individual, that is, K.L., in interstate commerce, from Dallas, Texas to Miami, Florida, with intent that such individual engage in prostitution and in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2421.

### Count 9
**Transportation of Individual for Prostitution**
**(18 U.S.C. § 2421)**

On or about April 29, 2012, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DAMION ST. PATRICK BASTON,**
a/k/a "R.A.B.,"
a/k/a "Drac,"
a/k/a "D,"
a/k/a "Daddy,"

did knowingly transport an individual, that is, T.M., in interstate commerce, from Dallas, Texas to Miami, Florida, with intent that such individual engage in prostitution and in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2421.

## Count 10
### False Statement in Use of Passport
### (18 U.S.C. § 1542)

On or about February 22, 2012, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DAMION ST. PATRICK BASTON,**
a/k/a "R.A.B.,"
a/k/a "Drac,"
a/k/a "D,"
a/k/a "Daddy,"

did knowingly and willfully use a passport the issue of which was secured by reason of a false statement, in that the defendant represented himself to be "R.A.B.," when in truth and in fact, and as the defendant then and there well knew, his name was not "R.A.B.," in violation of Title 18, United States Code, Section 1542.

## Count 11
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about February 22, 2012, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

6

**DAMION ST. PATRICK BASTON,**
a/k/a "R.A.B.,"
a/k/a "Drac,"
a/k/a "D,"
a/k/a "Daddy,"

during and in relation to a felony violation of Title 18, United States Code, Section 1542, that is, using a passport the issue of which was secured by reason of a false statement, as charged in Count 9 of this Indictment, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, the name of an individual with the initials "R.A.B.," in violation of Title 18, United States Code, Section 1028A(a)(1).

### Count 12
### Reentry of Removed Alien
### (8 U.S.C. § 1326(a) and (b)(2))

On or about February 22, 2012, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAMION ST. PATRICK BASTON,**
a/k/a "R.A.B.,"
a/k/a "Drac,"
a/k/a "D,"
a/k/a "Daddy,"

an alien, having previously departed the United States while an order of removal, issued on or about December 1, 1998, was outstanding, entered the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

## Counts 13-21
### Laundering of Monetary Instruments
### 18 U.S.C. § 1956

On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DAMION ST. PATRICK BASTON,**
a/k/a "R.A.B.,"
a/k/a "Drac,"
a/k/a "D,"
a/k/a "Daddy,"

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, involving the proceeds of specified unlawful activity with the intent to promote the carrying on of specified unlawful activity, as described below:

| Count | Approx. Date | Financial Transaction |
|---|---|---|
| 13 | 02/22/2012 | Western Union wire transfer, control # 8529313004, in the amount of approximately $5,000 sent from Dubai, United Arab Emirates, in the name of "R.A.B." to K.L. in Miami, Florida |
| 14 | 02/22/2012 | Western Union wire transfer, control # 4257842560, in the amount of approximately $5,000 sent from Dubai, United Arab Emirates, by K.L., to "R.A.B." in Miami, Florida |
| 15 | 02/27/2012 | Wire transfer in the amount of approximately $9,470.31 sent from Dubai, United Arab Emirates, to Citibank checking account in the name of "R.A.B." and ending in 4174, in Miami, Florida |
| 16 | 3/21/2012 | Wire transfer in the amount of approximately $5,060.97 sent from ANZ bank account in the name of "Elegua Group PTY LTD Retail" and ending in 3577, to Citibank checking account in the name of "R.A.B." and ending in 4174, in Miami, Florida |
| 17 | 3/22/2012 | Wire transfer in the amount of approximately $4,975 sent from ANZ bank account in the name of "Elegua Group PTY LTD Retail" and ending in 3577, to Citibank checking account in the name of "R.A.B." and ending in 4174, in Miami, Florida |

8

| Count | Approx. Date | Financial Transaction |
|:---:|:---:|:---|
| 18 | 3/23/2012 | Wire transfer in the amount of approximately $4,944.53 sent from ANZ bank account in the name of "Elegua Group PTY LTD Retail" and ending in 3577, to Citibank checking account in the name of "R.A.B." and ending in 4174, in Miami, Florida |
| 19 | 3/26/2012 | Wire transfer in the amount of approximately $4,944.53 sent from ANZ bank account in the name of "Elegua Group PTY LTD Retail" and ending in 3577, to Citibank checking account in the name of "R.A.B." and ending in 4174, in Miami, Florida |
| 20 | 3/27/2012 | Wire transfer in the amount of approximately $4,983.84 sent from ANZ bank account in the name of "Elegua Group PTY LTD Retail" and ending in 3577, to Citibank checking account in the name of "R.A.B." and ending in 4174, in Miami, Florida |
| 21 | 3/28/2012 | Wire transfer in the amount of approximately $5,018.67 sent from ANZ bank account in the name of "Elegua Group PTY LTD Retail" and ending in 3577, to Citibank checking account in the name of "R.A.B." and ending in 4174, in Miami, Florida |

It is further alleged that, pursuant to Title 18, United States Code, Sections 1956(c)(7) and 1961(1), the specified unlawful activity is the recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining by any means a person, knowing, and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion would be used to cause such person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1), punishable under the laws of the United States.

In violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

9

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **DAMION ST. PATRICK BASTON, a/k/a "R.A.B.," a/k/a "Drac," a/k/a "D," a/k/a "Daddy,"** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1591, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 1594(e)(1), all of his right, title, and interest in the following:

   (a) Any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation; and

   (b) Any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

3. Upon conviction of a violation of Title 8, United States Code, Section 1328, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), all of his right, title, and interest in any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

4. Upon conviction of a violation of Title 18, United States Code, Section 2421, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, all of his right, title, and interest in the following:

   (a) Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

(b) Any property, real or personal, constituting or derived from any proceeds that the defendant obtained directly or indirectly, as a result of such violation.

5. Upon conviction of a violation of Title 18, United States Code, Section 1542, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6), all of his right, title, and interest in the following:

(a) Any conveyance, including any vessel, vehicle, or aircraft used in the commission of such violation; and

(b) Any property, real or personal –

(1) that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of such violation; or

(2) that was used to facilitate, or was intended to be used to facilitate, the commission of such violation.

6. Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), all of his right, title, and interest in any property, real or personal, involved in such violation, or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1) and (a)(6); Title 18, United States Code, Section 1594(b)(2); Title 18, United States Code, Section 2428; and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
OLIVIA S. CHOE
ASSISTANT UNITED STATES ATTORNEY

_____
ROY K. ALTMAN
ASSISTANT UNITED STATES ATTORNEY

12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. 13-20914-CR-Altonaga(s) |
|---|---|
| vs. | CERTIFICATE OF TRIAL ATTORNEY* |

DAMION ST. PATRICK BASTON,
    a/k/a "R.A.B.,"
    a/k/a "Drac,"
    a/k/a "D,"
    a/k/a "Daddy,"
                      Defendant. /

**Superseding Case Information:**

New Defendant(s)     Yes _____ No __X__
Number of New Defendants
Total number of counts     __21__

**Court Division**: (Select One)

__X__ Miami     _____ Key West
_____ FTL     _____ WPB     _____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
    List language and/or dialect

4. This case will take    14-21    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
    (Check only one)                    (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | __X__ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | __X__ |
| V | 61 days and over | _____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)    No
    If yes:
    Judge: _____ Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter? (Yes or No)    No
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of    12/17/2013
    Defendant(s) in state custody as of _____
    Rule 20 from the    District of _____

Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

                                         _____
                                         OLIVIA S. CHOE
                                         ASSISTANT UNITED STATES ATTORNEY
                                         COURT ID NO. A5501503

*Penalty Sheet(s) attached                                                             REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: DAMION ST. PATRICK BASTON, a/k/a "R.A.B.," a/k/a "Drac," a/k/a "D," a/k/a "Daddy"

**Case No**: 13-20914- CR-Altonaga(s)

Counts 1-3:

Sex Trafficking by Force, Fraud, and Coercion

Title 18, United States Code, Section 1591(a)(1) and (b)(1)

**\*Max. Penalty:** Life Imprisonment   (Mandatory Minimum term of 15 Years' Imprisonment)

Count 4:

Importation of Alien for Prostitution

Title 8, United States Code, Section 1328

**\*Max. Penalty:** Ten (10) Years' Imprisonment

Counts 5-9:

Transportation of Individual for Prostitution

Title 18, United States Code, Section 2421

**\*Max. Penalty:** Ten (10) Years' Imprisonment

Count 10:

Use of Passport Issued By Means of False Statement

Title 18, United States Code, Section 1542

*Max. Penalty:   Ten (10) Years' Imprisonment

Count 11:

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

*Max. Penalty:   Mandatory Two (2) Years' Imprisonment (consecutive to any other terms of imprisonment)

Count 12:

Reentry of Removed Alien

Title 8, United States Code, Section 1326(a) and (b)(2)

*Max. Penalty:   Twenty (20) Years' Imprisonment

Counts 13-21:

Laundering of Monetary Instruments

Title 18, United States Code, Section 1956

*Max. Penalty:   Twenty (20) Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable